An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEVEN DALE FARMER,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65935 |
| STEVEN DALE FARMER<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent | No. 65936 ✓<br><br>**FILED**<br><br>JUL 2 8 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER ADMINISTRATIVELY CLOSING APPEAL IN DOCKET NO. 65936 AND DENYING MOTIONS TO CONSOLIDATE

These are appeals from a judgment of conviction. On June 2, 2014, the district court entered a judgment of conviction identifying two district court case numbers-C245739 and C249693. Appellant's counsel filed a notice of appeal designating both cases. Two separate notices of appeal were inadvertently transmitted to this court and docketed as separate appeals. We direct the clerk of this court to administratively close the appeal in Docket No. 65936 and transfer all documents filed in Docket No. 65936 to Docket No. 65935. In light of this order, appellant's motions to consolidate these appeals are denied.

It is so ORDERED.

_____, A.C.J.

14-24470

cc: Hon. Carolyn Ellsworth, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Steven Dale Farmer